**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1151**

---

BAYUSH MEHARI,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A29-919-149)

---

Submitted:  August 5, 1997           Decided:  August 27, 1997

---

Before HALL and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard S. Bromberg, Washington, D.C., for Petitioner.  Frank W.
Hunger, Assistant Attorney General, William J. Howard, Senior
Litigation Counsel, Madeline Henley, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Bayush Mehari seeks review of the Board of Immigration Appeals' opinion and order dismissing her appeal and affirming as modified the immigration judge's decision denying her application for asylum and withholding of deportation. Our review of the record discloses that the Board's decision is based on substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>Mehari v. INS</u>, No. A29-919-149 (B.I.A. Jan. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2